# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-252 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| DAMIN PIERRE MCCLINTON, | |
| Defendant. | |

Benjamin Bejar, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Damin Pierre McClinton, Reg. No. 18812-041, United States Penitentiary Hazelton, P.O. Box 2000, Bruceton, WV 26525, *pro se* defendant.

Damin Pierre McClinton is currently serving a 180-month mandatory-minimum sentence under the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e)(1). McClinton seeks to vacate the sentence under 28 U.S.C. § 2255, arguing that the Court imposed an illegal sentence because McClinton's previous aggravated robbery conviction is not a "violent felony" for purposes of the ACCA.

On August 4, 2017, the Court stayed McClinton's motion to vacate pending a decision from the Eighth Circuit in a different case that involves the same issue. *United States v. McClinton*, No. 15-252, 2017 WL 3381817 (D. Minn. Aug. 4, 2017). Early this year, the Eighth Circuit decided *United States v. Libby*, 880 F.3d 1011 (8th Cir. 2018),

and held that a Minnesota robbery conviction – including a conviction for aggravated robbery – is an ACCA predicate offense. *Id.* at 1013.

After the Eighth Circuit decided *Libby*, the government in this case moved to vacate the stay and asked the Court to deny McClinton's petition in light of *Libby*. (Mot. to Vacate, Jan. 26, 2018, Docket No. 50.) The Court granted the government's motion, lifted the stay, and requested a response from McClinton on *Libby*'s application to his petition. (Order, Feb. 8, 2018, Docket No. 52.) McClinton did not respond.

Because *Libby* is binding authority and holds that a Minnesota robbery conviction – including a conviction for aggravated robbery – is an ACCA predicate offense, McClinton's sentence is not illegal. *Libby*, 880 F.3d at 1013. Therefore, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Vacate the Sentence [Docket No. 37] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 7, 2018　　　　　　　　　_____s/John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court